**Laurits Spencer HANSEN, Plaintiff-Appellant,**

v.

**TEXAS LOCAL BOARD NO. 5, SELECTIVE SERVICE SYSTEM et al., Defendants-Appellees.**

No. 71–1223.

United States Court of Appeals, Fifth Circuit.

June 25, 1971.

J. W. Thomas, Jr., Temple, Tex., for plaintiff-appellant.

Seagal V. Wheatley, U. S. Atty., Hugh P. Shovlin, Jeremiah Handy, Asst. U. S. Attys., San Antonio, Tex., for defendants-appellees.

Before COLEMAN, SIMPSON and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

